UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. LANG,<br>    Petitioner,<br>    vs.<br><br>CHARLES HARRISON, Warden, et al<br>      Respondent | ) Case No. CIV S05-0063 DFL GGH P<br>)<br>) ORDER TO EXPAND THE RECORD TO<br>)<br>) INCLUDE PEOPLE's EXHIBITS 2-22,<br>)<br>) PHOTOGRAPHIC EXHIBITS FROM<br>) TRIAL<br>)<br>) [RULE 7, SUB. (A), OF RULES<br>)<br>) GOVERNING ß2254 CASES] |

    Pursuant to this Ex Parte Motion for an Order Expanding the record to include the photographic exhibits admitted at trial, IT IS HEREBY ORDERED that the record be expanded to include People's Exhibits 2 through 22.

Dated: 7/19/05

                      /s/ Gregory G. Hollows
                      _____
                      GREGORY G. HOLLOWS
                      United States Magistrate Judge

lang63.eot07