IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS W. LANG,

    Petitioner,        No. CIV S-05-0063 RRB GGH P

  vs.

CHARLES HARRISON, et al.,

    Respondents.      <u>ORDER</u>

_____/

        On July 19, 2005, the court granted petitioner's motion to expand the record to include people's exhibits 2-22, photographic exhibits from the trial. The court cannot locate these exhibits in the record.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, petitioner shall inform the court when exhibits 2-22 were lodged; if these exhibits were not lodged, petitioner shall lodge them within that time; if these exhibits are not in the record within that time, they will not be considered by the court in evaluating the merits of the petition.

DATED: 02/26/08

                               /s/ Gregory G. Hollows

                               UNITED STATES MAGISTRATE JUDGE

lang.osc