MARYLOU HILLBERG
State Bar No. 88645
P.O. Box 1879
Sebastopol, CA  95473
Telephone (707) 575-0393
Fax  (707) 829-1197
E-mail  hillberg@sonic.net

ATTORNEY FOR PETITIONER,
THOMAS W. LANG

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. LANG,<br><br>    Petitioner,<br><br>    vs.<br><br>RUSSEL M. HOM, WARDEN, et al<br><br>    Respondent | Case No. CIV S 05-0063 DFL GGH P<br><br>ORDER TO RETURN PHOTOGRAPHS FROM TRIAL COURT TO THE TRIAL COURT, SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SACRAMENTO, CASE NO. 00F09711 |

Pursuant to this Stipulated Motion to Return the Photographs from the trial in the Sacramento County Superior Court, Case no. 00F09711, entered into evidence as Exhibits in this action, and for the good cause shown herein, IT IS HEREBY ORDERED that , People's Exhibits 2 through 22,  shall be returned by the Clerk of this Court by first class mail, certified , return receipt requested, back to the Hon. Russell L. Hom, Judge of the Superior Court of California, County of Sacramento, 720 9th Street, Sacramento CA 95814.

Dated:  06/12/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
United States Magistrate Judge

lang0063.stp